```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOLBERT'S INC. et al.         :      CIVIL ACTION
                              :
         v.                   :
                              :
AUDI OF AMERICA, INC.         :      NO. 12-725
```

ORDER

  AND NOW, this 8th day of May, 2012, upon consideration of Audi of America, Inc.'s Rule 12(B)(1) Motion to Dismiss (Docket No. 9), the opposition and reply thereto, and following oral argument held by an on-the-record telephone conference on May 7, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED.  The plaintiffs' claims are dismissed.

           BY THE COURT:

           /s/ Mary A. McLaughlin
           MARY A. McLAUGHLIN, J.